CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WAYNE FINNEY, | : | Civil No. 10-4393 (RBK) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| FED. BUREAU OF PRISONS, et al., | : | |
| Respondents. | : | |

For the reasons expressed in the accompanying Opinion,

IT IS on this   7th   day of    July   , 2011,

ORDERED that the Petition is DISMISSED as moot; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon the parties, and shall close the file.

s/Robert B. Kugler
**ROBERT B. KUGLER, U.S.D.J.**